IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMANDA HART,
ADC #709335                                                                    PLAINTIFF

V.                    CASE NO. 3:18-cv-143-DPM-BD

AMANDA McDANIELS                                                           DEFENDANT

## ORDER

Plaintiff Amanda Hart, a prisoner currently at the McPherson Unit of the Arkansas Department of Correction, filed this lawsuit pro se under 42 U.S.C. § 1983. Her claims arose from an incident that occurred while she was held at Craighead County Detention Facility. (Docket entries #1, #2) For screening purposes, Ms. Hart has stated a claim that Defendant McDaniels violated the Fourth Amendment. (#2) Accordingly, service is proper.

The Clerk of Court is directed to prepare a summons for Defendant McDaniels. The United States Marshal is directed to serve a copy of the Complaint, with any attachments (#2), and a summons for this Defendant without requiring prepayment of fees and costs or security. Service for Defendant McDaniels should be through the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 24th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE