IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**AMANDA HART,**
**ADC #709335**                                                                              **PLAINTIFF**

V.                          CASE NO. 3:18-cv-143-DPM-BD

**AMANDA MCDANIELS**                                                       **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge D.P. Marshall Jr. Ms. Hart may file written objections to this Recommendation with the Clerk of Court. To be considered, her objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Ms. Hart does not file objections, she risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

Plaintiff Amanda Hart filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #1, #2) The Court requires plaintiffs, such as Ms. Hart, who are not represented by counsel, to keep the Court informed as to their current addresses. Local Rule 5.5.

In a March 6 Order, the Court gave Ms. Hart 30 days to notify the Court of her current address, after mail sent to her from the Court was returned as undeliverable. (#17)

The Court specifically cautioned Ms. Hart that her claims could be dismissed if she failed to update her address, as ordered. To date, Ms. Hart has failed to comply with the Court's Order, and the time for complying has passed.

### III.  Conclusion:

The Court recommends that Ms. Hart's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's March 6, 2019 Order and her failure to prosecute this case.

DATED this 12th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE