# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

AMANDA HART,
ADC #709335                                                              PLAINTIFF

v.                          No. 3:18-cv-143-DPM

AMANDA MCDANIELS,
OIC/Sgt., Craighead County
Detention Center                                                         DEFENDANT

## ORDER

Unopposed recommendation, № 19, adopted. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). Hart hasn't kept her address current; her mail is still being returned. № 15, 18 & 20. Hart's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2019