IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMANDA HART,
ADC #709335                                                               PLAINTIFF

v.                          No. 3:18-cv-143-DPM

AMANDA MCDANIELS,
OIC/Sgt., Craighead County
Detention Center                                                          DEFENDANT

## JUDGMENT

Hart's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2019